IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MEREDITH RHOADS-COULSON,           :
    Plaintiff                              :   CIVIL DOCKET NO.: 2:05-CV-05130-PD
                                           :
    v.                                     :   CASE REASSIGNED TO JUDGE
                                           :   HERBERT HUTTON
SCHOOL DISTRICT OF LANCASTER,      :
    Defendant                              :
                                           :

### STIPULATION

The undersigned counsel, on behalf of their respective clients, hereby Stipulate to amend the Complaint to delete Paragraphs 13(c), 20, 21, 27 and 28. from the Complaint. No response shall be required thereto.

_____            _____
Timothy M. Kolman, Esquire                 Sharon M. O'Donnell, Esquire
225 N. Flowers Mill Road                   228 North Lime Street
Langhorne, PA 19047                        4200 Crums Mill Road, Suite
(215)750-3134                              Harrisburg, PA 17112
                                           (717) 651-3503

*Attorney for Plaintiff*                   *Attorney for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I served a true and correct copy of the foregoing on all counsel of record via electronic filing, on the date set forth below, and addressed as follows:

Timothy M. Kolman, Esquire
Timothy M. Kolman & Associates
225 North Flowers Mill Road
Langhorne, PA 19047
timothykolman@earthlink.net

        MARSHALL, DENNEHEY, WARNER,
        COLEMAN & GOGGIN


        BY: s/Sharon M. O'Donnell
            SHARON M. O'DONNELL, ESQUIRE

DATE: November 29, 2005